# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NUMBER 2:93-00215** |
| ) | |
| vs. ) | **ORDER RESCINDING WARRANT** |
| ) | |
| **Christopher Seabrook** ) | |

On October 23, 2007, the U. S. Probation Officer petitioned the Court requesting that a warrant be issued for the arrest of Christopher Seabrook. The Petition charged the defendant with new criminal conduct, Criminal Sexual Conduct-First Degree and failure to notify the probation officer of contact with law enforcement. The Court concurred and a probation violation warrant was issued.

Comes Now, U. S. Probation Officer Tammy B. Clements, who advises that the state charges were nol prossed on February 5, 2010, and respectfully requests that the warrant issued for the defendant be rescinded.

Therefore, for reasons sufficient to this Court, it is ordered that Probation Warrant issued by this Court on October 24, 2007, be withdrawn.

IT IS SO ORDERED.

David C. Norton
Chief U. S. District Judge

Charleston, SC
February 8, 2010